IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| SCOTT ABBOTT,<br><br>Plaintiff,<br><br>vs.<br><br>CAPITAL CREDIT & COLLECTION SERVICE, INC.,<br><br>Defendant. | MEMORANDUM DECISION AND ORDER CONVERTING DEFENDANT'S MOTION TO DISMISS TO MOTION FOR SUMMARY JUDGMENT, AND SETTING RESPONSE TIME<br><br>Case No. 2:09-CV-678 TS |

This case was removed from state court based on Plaintiff's claim under the Fair Debt Collections Practices Act (FDCPA). Plaintiff's second claim is under the Utah Consumer Sales Practices Act (UCSPA). Pursuant to Fed. R. Civ. P. 12(b), Defendant moves to dismiss the case because the FDCPA and the UCSPA do not apply to this case. Defendant argues that those Acts apply only to consumer debts and the debt at issue in this case is a commercial debt incurred for Plaintiff's business. In support, Defendant

1

relies on an exhibit consisting of a Loan Agreement.[1]  Plaintiff has not responded.

Because the Motion attaches and relies on a matter outside of the pleadings, the Motion "must be treated as one for summary judgment under Rule 56" and Plaintiff given "a reasonable opportunity to present all the material that is pertinent to the motion."[2]  The Court finds that an additional 21 days will afford Plaintiff a reasonable opportunity to present material that is pertinent to the motion.  It is therefore

ORDERED that Defendant's Motion to Dismiss (Docket No. 7) is converted to one for summary judgment.  Plaintiff shall file its response, if any, within 21 days from the entry of this order.  Defendant may file an optional reply no later than 14 days following any response by Plaintiff.

DATED   May 6, 2010.

BY THE COURT:

_____
TED STEWART
United States District Judge

---

[1] Docket No. 7, Ex. A.

[2] Fed. R. Civ. P. 12(d).